# Court of Appeals
# of the State of Georgia

ATLANTA,     March 31, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1132.  KEVIN HARRIS v. GEORGIA DEPARTMENT OF HUMAN RESOURCES, EX. REL, KASAI DANE HARRIS.**

The Georgia Department of Human Services brought an action against Kevin Harris, seeking to collect past-due child support. The superior court entered a contempt order on September 16, 2014, and Harris appealed.  We lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal.  See *Booker*, supra. Harris's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED.  Id.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,     03/31/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.